RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Joryonn Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JORYONN JACKSON,<br><br>        Defendant. | Case No. 2:17-cr-00162-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Joryonn Jackson, that the Revocation Hearing currently scheduled on November 29, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to investigate the allegations in the Petition and discuss this matter with Mr. Jackson.

2. Defense counsel has requested discovery in this case and will need time to review the discovery upon receipt.

3. Mr. Jackson has pending cases in the State of Nevada that form the basis of the allegations in the Petition, and additional time is requested to ascertain the disposition of those matters.

4. Mr. Jackson is out of custody and does not oppose the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00162-APG-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JORYONN JACKSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, November 29 at 3:30 p.m., be vacated and continued to February 1, 2023 at the hour of 3:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 28th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE